# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Patrice Alexander,

        Plaintiff,            Case No. 16-cv-11722

  v.                        Judith E. Levy
                             United States District Judge

Mana Products, Inc.,

                             Mag. Judge David R. Grand

        Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Patrice Alexander and Defendant Mana Products, Inc. hereby stipulate that this Court should dismiss this action in its entirety with prejudice and without the assessment of attorneys' fees or other costs against either party.

Dated: July 11, 2017

_____                             *s/ Erin D. Foley*

Kathleen L. Boggs (P25164)                      SEYFARTH SHAW LLP
Brian E. Koncius (P69278)                        Erin D. Foley
BOGAS & KONCIUS PC 31700               233 South Wacker, Suite 8000
Telegraph Road, Suite 160                        Chicago, IL 60606
Bingham Farms, MI 48025 (248)          (312) 460-5000/Fax: (312) 460-7000
520-5000                                               EDFoley@seyfarth.com
Fax: (248) 520-2001
kbogas@kbogaslaw.com                         Loren Gesinski
bkoncius@kbogaslaw.com                        New York Bar No. 2661981
                                                     620 Eighth Avenue
Attorneys for Plaintiff                                 New York, NY 10018
                                                     (212) 218-5557/Fax: (212) 218-5526
                                                     igesinski@seyfarth.com

                                                   Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Patrice Alexander,

       Plaintiff,

v.

Mana Products, Inc. ,

       Defendant.

Case No. 16-cv-11722

Judith E. Levy
United States District Judge

Mag. Judge David R. Grand

## ORDER OF DISMISSAL

Having considered the parties' Stipulation of Dismissal, it is ordered that all claims raised in this matter are dismissed with prejudice and without costs.

**IT IS ORDERED**

Dated: July 12, 2017

s/Judith E. Levy
Judith E. Levy
United States District Judge